Victor FLORES, Appellant,

v.

ANOKA COUNTY; Sheriff Podany; Lt. Pacholl; Sgt. Henrickson; Corporal Pospisil; Seven Unknown Defendants, Appellees.

No. 03–1378.

United States Court of Appeals, Eighth Circuit.

Submitted April 29, 2003.

Decided April 30, 2003.

Before MELLOY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Federal inmate Victor Flores appeals the district court's* dismissal of his 42 U.S.C. § 1983 complaint. Having carefully reviewed the record, we conclude dis-

---

* The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

999

missal was proper for the reasons explained by the district court. We thus affirm the judgment of the district court. *See* 8th Cir. R. 47A(a).